1   NEWPORT TRIAL GROUP
    A Professional Corporation
2   Scott J. Ferrell, Bar No. 202091
3   Roger E. Borg, Bar No. 117765
    Michael E. Velarde, Bar No. 266272
4   610 Newport Center Drive, Suite 700
5   Newport Beach, CA  92660
    Tel: (949) 706-6464
6   Fax: (949) 706-6469
7
    Attorneys for Plaintiff and the Class
8

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11

12  FELIPE MORALES, DAN BOBBA and        Case No.  CV10 1601 EDL
    CHRIS RHODES, individually, and on
13  behalf of all others similarly situated,   **JOINT CASE MANAGEMENT**
14                                             **STATEMENT**
               Plaintiff,
15                                             Complaint Filed:  April 14, 2010
16             vs.
17
    MAGNA, INC.; STEVE MOIDEL; and
18  DOES 1-250, Inclusive,
19
               Defendants.
20

21         1.    Jurisdiction and Service:
22         This Court has jurisdiction over all causes of action asserted herein under the
23  Class Action Fairness Act ("CAFA") because there exists diversity of citizenship for
24  purposes of CAFA and because the amount in controversy exceeds $5 million.
25  Specifically, at least one member of the putative class is a citizen of a State different
26  from at least one of the Defendants.   Moreover, this Court has federal question
27  jurisdiction under the Federal Racketeer Influenced And Corrupt Organizations statute
28

because that claim is predicated on the racketeering activities of mail fraud and wire fraud, both of which have a strong nexus with interstate commerce, particularly in this case.

Venue is proper in this Court pursuant to 28 U.S.C. Section 1391 because this is a judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

All parties have been served and appeared in the case.  Plaintiff has voluntarily dismissed all defendants except Magna-RX, Inc. and Steve Moidel.   In addition, plaintiff voluntarily dismissed Felipe Morales.

2.   <u>Facts</u>:   This is a false advertising class action lawsuit brought against Magna-RX, Inc., and Magna-RX, Inc. President Steve Moidel.   Magna-RX, Inc. manufacturers and distributes Magna-Rx+, a purported male enhancement supplement.

3.   <u>Legal Issues</u>:   Violation of California Legal Remedies Act; California Business and Professions Code; Fraud; and the RICO Act.

4.   <u>Motions</u>:  Defendants filed a Motion to Dismiss which was set for hearing on June 22, 2010.  The Court granted leave to Amend.  Plaintiffs filed a Motion for Preliminary Injunction which was withdrawn in light of the new plaintiffs brought into the case upon Amendment of the Complaint.  Plaintiffs may not refile the Motion for Preliminary Injunction based upon apparent marketing changes made by certain defendants in response to this lawsuit.   Plaintiffs will file a Motion for Class Certification.  Defendants have filed a Motion to Strike the First Amended Complaint. Defendants also anticipate that they will be filing one or more motions for summary judgment.

5.   <u>Amendment of Pleadings</u>:    Plaintiffs have filed a First Amended Complaint.

6.     Evidence Preservation:  Plaintiffs have taken reasonable steps to preserve evidence regarding their purchase of "Magna-Rx+" and the product packaging.

Defendants have requested that Plaintiffs take steps to preserve their computer hard drives so that Defendants' forensic expert can determine what internet advertisements, if any, were accessed by Plaintiffs prior to their purchase of Magna RX+.

7.     Disclosures:  Initial disclosures are scheduled to occur on July 20, 2010.  It is anticipated the parties will disclose the names of pertinent witnesses and documentary evidence relied upon in the course of this litigation.

8.     Discovery:  Plaintiffs will be interested in serving interrogatories and document requests, as well as conducting depositions of Steve Moidel, Gayle Moidel, and Dr. Jorge Aguilar.

Defendants will be interested in serving interrogatories, requests for admission, and requests for production on each Plaintiff.  Defendants will also take the deposition of each Plaintiff and any expert disclosed by the Plaintiffs.

9.     Class Actions:  Plaintiffs will file a motion for class certification.  It is anticipated the motion will be filed by October 1st.

10.     Related Cases:  Magna, Inc. and Steve Moidel are Defendants in a class action case in the State Court captioned *Vaughn v. Magna-RX*, Los Angeles County Superior Court Case No. BC 426097.  Plaintiffs' counsel are the same in both cases, and overlapping classes are alleged.

11.     Relief:  Plaintiffs are seeking Certification of the proposed classes and notice thereto to be paid by Defendants; That the Court adjudge and decree that Defendants have engaged in the conduct alleged herein; For restitution and disgorgement on certain causes of action; For an injunction ordering Defendants to cease and desist from engaging in the unfair, unlawful, and/or fraudulent practices alleged in the Complaint; For compensatory, general, statutory, exemplary, and any

other damages legally available according to proof on certain causes of action; For both pre and post-judgment interest at the maximum allowable rate on any amounts awarded; Costs of the proceedings herein; Reasonable attorneys' fees as allowed by statute; and Any and all such other and further relief that this Court may deem just and proper.

Upon prevailing, Defendants will seek to recover all attorneys' fees and costs from Plaintiffs and/or their counsel under 28 U.S.C. § 1927.

12.  Settlement and ADR:  The parties are participating in an ADR Conference Call with the Court on July 21, 2010.

13.  Consent to Magistrate Judge For All Purposes:  Plaintiff has filed a Consent to Magistrate Judge.

14.  Other References:  No.

15.  Narrowing of Issues:  Authenticity of documents can be stipulated to.

16.  Expedited Schedule:  Not that we are aware of, but we are open to ideas.

17.  Scheduling:

Proposed dates for:

  -Designation of experts:

    Plaintiffs propose:        November 15th

    Defendants Propose:    December 31, 2010

  -Rebuttal Experts:

    Plaintiffs propose:        November 30th

    Defendants Propose:    February 28, 2011

  -Discovery cutoff:

    Class Discovery Cut-Off,

      Plaintiffs propose:        August 20th

      Defendants Propose:    November 30, 2010;

JOINT CASE MANAGEMENT STATEMENT

Fact Discovery Cut-Off,

    Plaintiffs propose:     January 1st

    Defendants Propose:    April 30, 2011;

Expert Discovery Cut-Off,

    Plaintiffs propose:     February 1st

    Defendants Propose:    May 31, 2011

-Hearing of dispositive motions:

    Plaintiffs propose:     February 30th

    Defendants Propose Filing by:  June 30, 2011

-Pretrial conference:

    Plaintiffs propose:     March 15th

    Defendants Propose:    September 15, 2011

-Trial:

    Plaintiffs propose:     March 22nd

    Defendants Propose:    October 1, 2011.

18.   Trial:  Plaintiff requests a jury trial.  Expected Trial length is seven days.

19.   Disclosure of Non-party Interested Entities or Persons:  Plaintiff discloses the following interested parties:   Dan Bobba, Christopher Rhodes, Scott J. Ferrell, Michael E. Velarde and Newport Trial Group.  Defendants disclose none.

///

///

///

///

///

///

///

///

20.    <u>Other</u>:

Dated:  July 20, 2010                    NEWPORT TRIAL GROUP
                                         A Professional Corporation
                                         Scott J.  Ferrell


                                         By:<u>*/s/ Scott J. Ferrell*</u>
                                               Scott J. Ferrell

                                         Attorneys for the Plaintiffs and the Classes


Dated:  July 20, 2010                    AIKEN, SCHENK, HAWKINS & RICCIARDI

                                         By:_____<u>*/s/  Joseph A. Schenk*</u>_____
                                               Joseph Schenk

                                         Attorneys for Defendants