NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
Roger E. Borg, Bar No. 117765
Michael E. Velarde, Bar No. 266272
Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BOBBA and CHRIS RHODES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAGNA, INC.; STEVE MOIDEL; NEP PRODUCTS, INC.; ARAGON PRODUCTS; ALLNUTRI.COM; VITASPRINGS.COM; 1BODY4U.COM; BUYVIVAXA.NET; MAGNARSPILLS.COM; and DOES 1-250, Inclusive,<br><br>Defendants. | Case No. CV 10 1601 EDL<br><br>**STIPULATION FOR POSTPONEMENT OF RULING ON DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 PENDING THE PARTIES' EFFORTS TO REACH SETTLEMENT** |

Plaintiffs Dan Bobba and Chris Rhodes and Defendants Steve Moidel and Magna-RX, Inc. (collectively, "Magna"), by and through their respective undersigned counsel, hereby stipulate and agree to a postponement of this Court's ruling on Magna's "Motion for Sanctions Pursuant to 28 U.S.C. § 1927" (the "Motion") until such time as the parties inform the court that settlement discussions initiated

///

following oral argument on the Motion on October 12, 2010 have concluded unsuccessfully. The parties' ongoing settlement discussions, if successful, will render the Motion moot.

DATED this 14th day of October, 2010.

NEWPORT TRIAL GROUP

By: /S/
Scott J. Ferrell
Newport Center Drive, Suite 700
Newport Beach, CA 92660
Attorneys for Plaintiff and the Class

VARNER & BRANDT LLP

By: *[signature]*
Keith A. Kelly
3750 University Avenue, Suite 610
Riverside, CA 92501
Attorneys for Defendants Steve Moidel and Magna-RX, Inc.

PURSUANT TO STIPULATION IT IS SO ORDERED:

DATED: October 18, 2010          By: *[signature]*
Honorable United States Magistrate
Elizabeth D. Laporte

2